**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE RAYMOND P. MOORE**

---

Courtroom Deputy: Cathy Pearson
Court Reporter: Tammy Hoffschildt
Probation Officer: Justine Kozak

Date: April 17, 2015
Interpreter: N/A

---

**CASE NO.** 14-cr-00204-RM-5

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Bradley Giles |
| Plaintiff, | |
| v. | |
| 5. MARK SINGER, | Lisabeth Castle |
| Defendant. | |

---

## COURTROOM MINUTES

---

**SENTENCING HEARING**
**COURT IN SESSION: 1:01 p.m.**
Appearances of counsel. Defendant is present and in custody.

Defendant entered his plea on January 30, 2015, to Count 1 of the Information. The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections filed.

**ORDERED:** Government's Motion for Downward Departure (Doc. 403) is GRANTED.

Counsel for the Government orally moves for the third point for acceptance of responsibility.

**ORDERED:** The Government's oral motion for the third point for acceptance of responsibility is GRANTED.

Counsel for the Government addresses the Court regarding sentencing.

Defendant’s counsel makes a statement on behalf of Defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding Defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that Defendant, **Mark Singer**, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **90 months.**

Court RECOMMENDS that the Bureau of Prisons place Defendant at a facility in the District of Colorado at an appropriate level, and FURTHER RECOMMENDS that he be allowed to participate in a program for treatment of drug abuse (RDAP).

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three (3)** years.

**ORDERED:** **Conditions** of Supervised Release that:

(**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which Defendant is released.
(**X**) Defendant shall not commit another federal, state or local crime.
(**X**) Defendant shall not illegally possess controlled substances.
(**X**) Defendant shall not possess a firearm or destructive device.
(**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
(**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
(**X**) Defendant shall cooperate in the collection of a DNA sample from Defendant as directed by the probation officer.

**ORDERED:** **Special Conditions** of Supervised Release that:

(**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
(**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**ORDERED:** Government's Rule 48 Motion to Dismiss the Indictment (Doc. 1) and the Superseding Indictment (Doc. 181) as to Defendant Mark Singer is GRANTED.

**Court in recess: 1:25 p.m.**
Hearing concluded.
Total time: 00:24